UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DANIEL WINSTON LAMARCO AND GDLOGIX INC.,<br><br>                    Defendants. | CV 17-4087 (ADS) (AKT) |

## CERTIFICATE OF SERVICE

       Pursuant to the Court's Order dated August 4, 2017 (ECF 18), I certify that on August 7, 2017, I served a copy of the Court's Order dated August 4, 2017 upon the Defendants at the addresses listed below using the following methods of service:

Daniel Winston LaMarco, Register No. 89579-053
MCC
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
(*via U.S. Postal Service, postage prepaid*)

GDLogix, Inc.
c/o Daniel Winston LaMarco, Register No. 89579-053
MCC
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
(*via U.S. Postal Service, postage prepaid*)

                                                                      /s/ Danielle E. Karst
                                                                       Danielle E. Karst